UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIN BO DING, Petitioner, v. JEREMY CASEY, Respondent. | Case No.: 26-CV-6665 JLS (JAC) **ORDER REFERRING PETITION TO FEDERAL DEFENDERS FOR EVALUATION REGARDING APPOINTMENT OF COUNSEL** (ECF No. 1) |

Presently before the Court is Jin Bo Ding's Petition for Writ of Habeas Corpus (ECF No. 1).

The Court **ORDERS** as follows:

(1) The Court **REFERS** this Petition to Federal Defenders for an evaluation of whether appointment of counsel would be beneficial to Petitioner. The Court requests that Federal Defenders make its evaluation and file a status report or appropriate motion, i.e., filing an amended petition, by December 15, 2026.

(2) The Clerk of the Court **SHALL SERVE** a copy of this Order and the Petition on the Federal Defenders of San Diego, Inc.

(3) To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with

Respondents **MUST NOT** transfer Petitioner outside of the Southern District of California pending the Court's resolution of the Petition. *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

**IT IS SO ORDERED.**

Dated: November 24, 2026

Janis L. Sammartino

Hon. Janis L. Sammartino
United States District Judge